1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

ARMANDO MORALES,

Petitioner,

v.

DARREL ADAMS, Warden

Respondent.

Civil No.    08-0705 JAH (PCL)

**ORDER DISMISSING CASE
WITHOUT PREJUDICE**

16

17

18

19

20

21

22

23

24

          Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than June 20, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *For Petitioner's convenience, the Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.*

25

26

27

28

          **IT IS SO ORDERED.**

DATED:  April 22, 2008

_____

John A. Houston
United States District Judge

K:\COMMON\EVERYONE\_EFILE-PROSE\JAH\08cv0705-dismiss.wpd, 4228

-1-