```
FILED

2008 MAY -7 PM 3:51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY
```

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150683    — MB

May 07, 2008
15:43:06

Habeas Corpus

USAO #.: 08CV0705 HABEAS CORPUS
Judge..: JOHN A HOUSTON
Amount.:                    $5.00 CK
Check#.: 195-193889

Total-> $5.00

FROM: ARMANDO MORALES VS
      DARREL ADAMS, WARDEN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ARMANDO MORALES, | Civil No. 08-0705 JAH (PCL) |
| --- | --- |
| Petitioner, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| DARREL ADAMS, Warden | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than June 20, 2008**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *For Petitioner's convenience, the Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.*

**IT IS SO ORDERED.**

DATED: April 22, 2008

John A. Houston
United States District Judge