1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7  P.O. Box 85266
   San Diego, CA 92186-5266
8  Telephone:  (619) 645-2283
   Fax:  (619) 645-2191
9  Email:  Daniel.Rogers@doj.ca.gov

10  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14  **ARMANDO MORALES,**                    08cv705 JAH (PCL)

15                          Petitioner,     **MOTION FOR
                                            ENLARGEMENT OF TIME TO
16           **v.**                         FILE ANSWER TO PETITION
                                            FOR WRIT OF HABEAS
17  **DARREL ADAMS, Warden,**               CORPUS**

18                          Respondent.

19

20

21

22

23

24

25

26

27

28

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone:  (619) 645-2283
    Fax:  (619) 645-2191
9   Email:  Daniel.Rogers@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **ARMANDO MORALES,** | 08cv705 JAH (PCL) |
15 |                       Petitioner, | **MOTION FOR** |
16 |     **v.** | **ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF** |
17 | **DARREL ADAMS, Warden,** | **HABEAS CORPUS** |
18 |                       Respondent. | The Honorable Peter C. Lewis |

19

20        Daniel Rogers declares:

21        I am the Deputy Attorney General assigned to prepare the Answer in this matter which

22 is due on July 7, 2008.  I request time to file the Answer be extended thirty (30) days through August

23 6, 2008, for the following reasons:

24        This Court ordered a response to the Petition on May 14, 2008.  I have not previously

25 requested an enlargement of time in this matter.

26        I am currently preparing responses to petitions for writ of habeas corpus in *Tran v.*

27 *Hernandez*, SACV 08-346-PA (SS); *Stockdale v. Adams*, EDCV 08-0562 RSWL (FMO); *Shephard*

28 *v. Sullivan*, EDCV 08-579 ODW (JC); *Morales v. Adams*, 08cv705JAH (PCL); *Momon v. Poulos*,

EDCV 08-701 JVS (JC) and *Weller v. Adams*, EDCV 08-749-SGL (AGR), as well as an Opposition to a Supplemental Brief in *Lomack v. Scribner*, 07cv0017-L (WMc).

Since this Court ordered a response to the instant Petition, I have filed an Answer in *Brewer v. Salazar*, 08cv0029-H (PCL); *Hollis v. People of the State of California*, EDCV 07-1501-SVW (RC);  *Evans v. Tilton*, 07cv0791-JM (BLM), and *Crouse v. Marshall*, 08-0166 IEG (LSP), and a Supplemental Answer in *Nguyen v. Horel*, 07-0752-MMM (JTL).  I have also filed a Motion to Dismiss in *Regalado v. Dexter*, CV 08-672-DSF (MAN), filed a Reply to Petitioner's Opposition to a Motion to Dismiss in  *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN), and filed an Appellee's Brief in *Poland v. Clark*, 07-56702.  Additionally, I have completed a draft of an Opposition to a Supplemental Brief in *Lomack v. Scribner*, 07cv0017-L (WMc).

In addition to the assignments described above, I advise district attorney personnel throughout the state in executing their responsibilities in responding to international child abduction matters under the Hague Convention on the Civil Aspects of International Child Abduction.  42 U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455.  These are time-sensitive matters that arise unpredictably and require immediate attention.  I spend roughly one day per week on average working on child abduction matters.

I generally work on cases in the order they are assigned to me.  I am currently preparing my response in *Tran v. Hernandez*, due August 1 after receiving two enlargements of time. When I complete my response in that matter, I will begin preparing my responses in *Stockdale v. Adams* and *Shephard v. Sullivan*. When I have completed my responses in those matters, I will begin preparing my response in the instant matter.  I am currently working evenings and weekends to complete the above assignments.

Granting of an enlargement of time will permit me to gather the necessary state court records and allow my response to be prepared without impairing its quality and allow adequate time for review and processing.

1        I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3        DATED: July 5, 2008 at San Diego, California.

4

5                    Respectfully submitted,

6                    EDMUND G. BROWN JR.
                    Attorney General of the State of California

7                    DANE R. GILLETTE
                    Chief Assistant Attorney General

8                    GARY W. SCHONS

9                    Senior Assistant Attorney General

10                   KEVIN VIENNA
                   Supervising Deputy Attorney General

11

12

13                    s/ Daniel Rogers
                   DANIEL ROGERS
                   Deputy Attorney General

14                    Attorneys for Respondent

15 DR:kw
  80256839.wpd

16   SD2008801249

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Morales v. Adams**                                          No.:  **08cv705 JAH (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 7, 2008</u>, I served the attached **application for enlargement of time to file answer to petition for writ of habeas corpus and order granting enlargement of time** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California  92101, addressed as follows:

**Armando Morales**
**#P80673**
**CSP Corcoran**
**Post Office Box 3481**
**Corcoran  CA  93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2008, at San Diego, California.

Kimberly Wickenhagen

_____                    _____
           Declarant                                                        Signature