IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MORALES,<br><br>                           Petitioner,<br><br>   v.<br><br>DARREL ADAMS, Warden,<br><br>                           Respondent. | 08cv705 JAH (PCL)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

     GOOD CAUSE APPEARING, Respondent's request for a 30-day enlargement of time is granted. The Answer will be due no later than August 6, 2008. Petitioner's Traverse is now due no later than September 6, 2008.

     IT IS SO ORDERED.

DATED: July 7, 2008

                                      Peter C. Lewis<br>                                      U.S. Magistrate Judge<br>                                      United States District Court