1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
6 |  110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2283
Fax: (619) 645-2191
9 | Email: Daniel.Rogers@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13 |

14 | **ARMANDO MORALES,**                          08cv705 JAH (PCL)

15 |                                  Petitioner,    **MOTION FOR**
                                                 **ENLARGEMENT OF TIME**
16 |          **v.**                                **TO FILE ANSWER TO**
                                                 **PETITION FOR WRIT OF**
17 | **DARREL ADAMS, Warden,**                     **HABEAS CORPUS**

18 |                                  Respondent.   The Honorable Peter C. Lewis

19 |

20 |          Daniel Rogers declares:

21 |          I am the Deputy Attorney General assigned to prepare the Answer in this matter which was

22 | due on August 6, 2008.  I request time to file the Answer be extended thirty (30) days through

23 | September 5, 2008, for the following reasons:

24 |          This Court ordered a response to the Petition on May 14, 2008.  I have previously

25 | requested one enlargement of time in this matter, which was granted to August 6, 2008.  In

26 | calendaring the new due date, I inadvertently calendared my response as being due on August 16,

27 | 2008. Consequently, when I was preparing the instant second enlargement request, I discovered that

28 | my pleading had, in fact, been due some days earlier.  This error was entirely the result of my own

1    inadvertence and apologize to the Court and Petitioner for any inconvenience I have caused.

2         I am currently preparing responses to petitions for writ of habeas corpus in *Stockdale v.*

3    *Adams*, EDCV 08-0562 RSWL (FMO); *Shephard v. Sullivan*, EDCV 08-579 ODW (JC); *Morales*

4    *v. Adams*, 08cv705JAH (PCL); *Momon v. Poulos*, EDCV 08-701 JVS (JC); *Weller v. Adams*, EDCV

5    08-749-SGL (AGR); *Lacy v. Cate*, 08cv1083-W (BLM), and *Jones v. People*, EDCV 08-0906-AG

6    (RC), as well as a Supplemental Answer in *Ruff v. Hall*, EDCV 04-1330-MMM (MAN).

7    an Opposition to a Supplemental Brief in *Lomack v. Scribner*, 07cv0017-L (WMc).

8         Since this Court ordered a response to the instant Petition, I have filed an Answer in

9    *Brewer v. Salazar*, 08cv0029-H (PCL); *Hollis v. People of the State of California*, EDCV 07-1501-

10   SVW (RC); *Evans v. Tilton*, 07cv0791-JM (BLM); *Crouse v. Marshall*, 08-0166 IEG (LSP), and

11   *Tran v. Hernandez*, SACV 08-346-PA (SS), and a Supplemental Answer in *Nguyen v. Horel*, 07-

12   0752-MMM (JTL). I have also filed a Motion to Dismiss in *Regalado v. Dexter*, CV 08-672-DSF

13   (MAN), a Reply to Petitioner's Opposition to a Motion to Dismiss in *Vasquez v. County of San*

14   *Bernardino*, EDCV 07-1682-JVS (MAN), an Opposition to a Supplemental Brief in *Lomack v.*

15   *Scribner*, 07cv0017-L (WMc). In the Ninth Circuit, I have filed an Appellee's Brief in *Poland v.*

16   *Clark*, 07-56702, and an Opposition to a Petition for Rehearing and Rehearing En Banc in *Self v.*

17   *Rimmer*, 05-55999. Additionally, I have completed a draft of an Answer in *Shephard v. Sullivan*,

18   EDCV 08-579 ODW (JC) and *Momon v. Poulos*, EDCV 08-701 JVS (JC).

19        In addition to the assignments described above, I advise district attorney personnel

20   throughout the state in executing their responsibilities in responding to international child abduction

21   matters under the Hague Convention on the Civil Aspects of International Child Abduction. 42

22   U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455. These are time-sensitive matters that arise

23   unpredictably and require immediate attention. I spend roughly one day per week on average

24   working on child abduction matters.

25        I generally work on cases in the order they are assigned to me. I am currently preparing

26   my response in *Stockdale v. Adams*, due August 27 after receiving two enlargements of time. When

27   I have completed my responses in that matter, I will begin preparing my response in the instant

28   matter. I am currently working evenings and weekends to complete the above assignments.

1       Granting of an enlargement of time will permit me to gather the necessary state court

2    records and allow my response to be prepared without impairing its quality and allow adequate time

3    for review and processing.

4       I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6       DATED: August 14, 2008 at San Diego, California.

7

8    Approved for Filing:

9    s/GARY W. SCHONS
     Senior Assistant Attorney General

10

11                                    Respectfully submitted,

12                                    EDMUND G. BROWN JR.
13                                    Attorney General of the State of California

                                      DANE R. GILLETTE
14                                    Chief Assistant Attorney General

15                                    GARY W. SCHONS
                                      Senior Assistant Attorney General
16                                    KEVIN VIENNA
                                      Supervising Deputy Attorney General
17

18                                    s/DANIEL ROGERS
19                                    Deputy Attorney General

                                      Attorneys for Respondent
20

     DR:ah
21   80271966.wpd
     SD2008801249
22

23

24

25

26

27

28

08cv705 JAH (PCL)

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Morales v. Adams**
No.:  **08CV0705 JAH (PCL)**

I declare:
I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 14, 2008</u>, I served the following documents:
**MOTION  FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS AND ORDER**
by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:  NONE.

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Armando Morales
#P80673
CSP Corcoran
P.O. Box 3481
Corcoran, CA  93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 14, 2008, at San Diego, California.

|                Anna Herrera                |              _Anna Herrera_              |
| :----------------------------------------: | :--------------------------------------: |
|                 Declarant                  |                Signature                 |

SD2008801249
80272282.wpd