IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO MORALES,**<br><br>                              Petitioner,<br><br>     v.<br><br>**DARREL ADAMS, Warden,**<br><br>                              Respondent. | 08cv705 JAH (PCL)<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

GOOD CAUSE APPEARING, Respondent's request for a thirty-day (30) enlargement of time is granted. The Answer will be due no later than September 5, 2008. Petitioner's Traverse is due no later than October 5, 2008.

IT IS SO ORDERED.

DATED: August 19, 2008

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court