1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2283
    Fax: (619) 645-2191
9   Email: Daniel.Rogers@doj.ca.gov

10 Attorneys for Respondent

11                    IN THE UNITED STATES DISTRICT COURT

12                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **ARMANDO MORALES,** | | 08cv0705 JAH (PCL) |
   | --- | --- | --- |
15 | | Petitioner, | **RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
16 | v. | | |
17 | **DARREL ADAMS, Warden,** | | |
18 | | Respondent. | |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2283
    Fax: (619) 645-2191
9   Email: Daniel.Rogers@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO MORALES,** | 08cv0705 JAH (PCL) |
| Petitioner, | **RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **DARREL ADAMS, Warden,** | |
| Respondent. | |

Respondent, Derral Adams, Warden of Corcoran State Prison, by and through his counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Daniel Rogers, Deputy Attorney General, files this Answer to the Petition for Writ of Habeas Corpus pursuant to the order of this Court dated May 14, 2008. Respondent alleges as follows:

I.

Petitioner Armando Morales is in the lawful custody of Respondent after a jury found him guilty in Imperial County Superior Court case number CF12094 of assault by a prisoner by means of force likely to produce great bodily injury (Cal. Penal Code § 4501) and assault on a peace officer by means likely to produce great bodily injury (Cal. Penal Code § 245(c)). The jury also found true

allegations that Morales personally inflicted great bodily injury (Cal. Penal Code § 12022.7(a)). The trial court found true allegations that Morales had three prior convictions under the Three Strikes law (Cal. Penal Code §§ 667(b)-(i), 1170.12(a)-(d)). Morales was sentenced to 28 years to life in state prison.

## II.

The instant Petition appears not to have been filed within the applicable limitations period. 28 U.S.C. § 2244(d).

## III.

Petitioner has exhausted his state remedies by presenting his claims to the California Supreme Court in a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1)(A).

## IV.

The highly deferential standard of federal habeas corpus review established by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2254, applies to Morales's claims.

## V.

The state courts made numerous express and implied factual findings. Morales has shown no grounds why the presumption of correctness mandated by 28 U.S.C. § 2254(e)(1) should not apply to these factual findings.

## VI.

Morales is not entitled to an evidentiary hearing. 28 U.S.C. § 2254(e)(2).

## VII.

The relevant facts and procedural history are set forth in the accompanying Memorandum of Points and Authorities. Except as expressly admitted, Respondent denies each and every allegation of the Petition and specifically denies that Morales's confinement is illegal, or that any of his rights has been or is being violated in any way.

WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, the Petition should be dismissed with prejudice as untimely and, in the alternative, denied with prejudice, the proceedings dismissed, and any request for a certificate of

1  appealability denied.

2  Dated:  September 5, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
Attorney General of the State of California

5  DANE R. GILLETTE
Chief Assistant Attorney General

6  GARY W. SCHONS
Senior Assistant Attorney General

7

8  ANTHONY DASILVA
Deputy Attorney General

9

10

11  s/  Daniel Rogers
DANIEL ROGERS
Deputy Attorney General

12  Attorneys for Respondent

13  80278515.wpd
SD2008801249

3

08cv0705

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Morales v. Adams**                                    No.: **08cv0705 JAH (PCL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 5, 2008, I served the attached **respondent's answer to petition for writ of habeas corpus; memorandum of points and authorities in support of answer to petition for writ of habeas corpus; notice of lodgment** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Armando Morales
#P-80673
Corcoran State Prison
Post Office Box 3481
Corcoran Ca 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 5, 2008, at San Diego, California.

Kimberly Wickenhagen                             /s/ Kimberly Wickenhagen
―――――――――――――                             ―――――――――――――
Declarant                                         Signature