```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GARY W. SCHONS
    Senior Assistant Attorney General
 4  KEVIN VIENNA
    Supervising Deputy Attorney General
 5  DANIEL ROGERS, State Bar No. 204499
    Deputy Attorney General
 6   110 West A Street, Suite 1100
     San Diego, CA 92101
 7   P.O. Box 85266
     San Diego, CA 92186-5266
 8   Telephone: (619) 645-2283
     Fax: (619) 645-2191
 9   Email: Daniel.Rogers@doj.ca.gov

10  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO MORALES,** | 08cv0705 JAH (PCL) |
| Petitioner, | **NOTICE OF LODGMENT IN 28 U.S.C. 2254 HABEAS CORPUS CASE - TO BE SENT TO ASSIGNED MAGISTRATE JUDGE** |
| v. | |
| **DARREL ADAMS, Warden,** | |
| Respondent. | |

Respondent lodges the following documents with the Court:

1. Clerk's Transcript in Case No. D044560 - 1 volume.

2. Supplemental Clerk's Transcript in Case No. D044560 - 1 volume.

3. Reporter's Transcript in Case No. D044560 - 9 volumes.

4. Appellant's Opening Brief in Case No. D044560.

5. Respondent's Brief in Case No. D044560.

6. Court of Appeal Opinion in Case No. D044560.

7. Order Denying Review in Case No. S135813.

1    8. Order Denying Petition for Writ of Habeas Corpus in Case No. EHC 00801.

2    9. Petition for Writ of Habeas Corpus in Case No. D050319.

3    10. Order Denying Petition for Writ of Habeas Corpus in Case No. D050319.

4    11. Petition for Writ of Habeas Corpus in Case No. S155801.

5    12. Order Denying Petition for Writ of Habeas Corpus in Case No. S155801.

7    Dated: September 5, 2008

8    Respectfully submitted,

9    EDMUND G. BROWN JR.
Attorney General of the State of California

10    DANE R. GILLETTE
Chief Assistant Attorney General

11    GARY W. SCHONS
Senior Assistant Attorney General

12

13    KEVIN VIENNA
Supervising Deputy Attorney General

16    s/ Daniel Rogers
DANIEL ROGERS

17    Deputy Attorney General
Attorneys for Respondent

80279246.wpd
20    SD2008801249